No. 71–5365. FOSTER *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5505. BIVENS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5745. MACLEAN *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–672. UNITED STATES *v.* TWO HUNDRED AND ONE 50-POUND BAGS OF FURAZOLIDONE ET AL. C. A. 8th Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted.

No. 71–709. SUMIDA ET AL. *v.* YUMEN ET AL. C. A. 9th Cir. Motions to dispense with printing petition and brief in opposition granted. Certiorari denied.

No. 71–720. CERONE ET AL. *v.* UNITED STATES;
No. 71–759. ANGELINI *v.* UNITED STATES; and
No. 71–760. CORTINA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted for reasons stated in his dissent in *Addonizio* v. *United States, ante,* p. 936. Reported below: 452 F. 2d 274.

No. 71–884. CHANDLER, U. S. DISTRICT JUDGE *v.* O'BRYAN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.